

Fw: Objection to Jurisdiction
CSA
to:

REDACTED

02/17/2015 08:59 AM
Hide Details
From: "CSA" <csa.ltd@att.net>

To: 'REDACTED'

Judge Guzman
Teledyne Technologies v. Shekar

Filed unauthorized ex-parte communication with Court.

JH

**FILED**
FEB 17, 2015  JH
2-17-15
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

2 Attachments

 

Jurisdiction_Objection.pdf    Exhibit A.htm

**Subject:** Objection to Jurisdiction

Dear Honorable Judge:

I request you to please kindly read the attachments and to make it as a part of the docket.

Plaintiff has been marked copies and hence this is not an *exparte* communication with a Judge.

Respectfully,

R.Shekar

February 17, 2015

Honorable Ronald A. Guzman
Room No: 1278
United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

Re: Teledyne Technologies   15-cv-01392

Dear Honorable Judge Guzman:

First, please accept my apologies for sending this communication via E mail. I am sending this by E mail as I don't want to be harmed anyway by any *exparte* and inappropriate appearance by Teledyne, even though I have not been served with any documents of any law suit filing by Teledyne or any notice. This will be an one time communication to your E mail address. So, again my apologies.

I noticed Teledyne Technologies ten days ago that I will be suing Teledyne Technologies and several individual defendants in a California State court. Teledyne Technologies incorporated in California, has d/b/a business units in Illinois. I have been discussing with DLA Piper Law firm at Las Angeles as to filing a law suit on multiple counts for 150 million dollars which includes 'theft and conversion' of my Intellectual property by Teledyne I am planning to retain DLA Piper to file the law suit in California soon.

However as a "race to the courthouse" and to defeat the jurisdiction in California against the individual defendants, I am told Teledyne Technologies has filed some sort of an action against me in Illinois. Due to no documents are uploaded yet at Pacer, DLA Piper firm told me no specifics are available. Based on sketchy information available about the action, I am told that you are the assigned judge. As of this date I am not served with any summons in the case, or any notice of any hearing or date. I am away on job interviews as well and will be away rest of the week traveling heavily in coming weeks on my job related as well as job interviews

### RAJ SHEKAR   STATEMENT

#### Jurisdictional Objection:

This letter is to inform your honorable court that I am objecting to the jurisdiction of the case in this Federal court. Since any appearance filed by me or any attorney on my behalf can be wrongly interpreted as my acceptance of jurisdiction of this case, no appearance is filed, besides the fcat no summons or notice served on the case.

Honorable Ronald A. Guzman

**No diversity**

There is no diversity of citizenship. Teledyne Technologies Inc operate in Illinois with a business unit called **Teledyne Storm Microwave located at Woodridge, Illinois** which is wholly owned subsidiary and d/b/a and 'alter ego' of Teledyne Technologies . So there is no total diversity to render Federal jurisdiction [1].

**No damages can be proved in excess of $ 75000**

Secondly as to objection to this court jurisdiction , there is not a single dollar of damage Teledyne can prove in a trial. This frivolous, harassment law suit was filed by Teledyne in this court just to deceptively gain a forum advantage with false pleadings.

A party cannot claim arbitrarily the damages are over $ 75,000 to get entry into Federal court. The compensatory damages if at all any is $ 135 towards the depreciated value of two items, printer and projector. I have already offered restitution to Teledyne to pay this $ 135.

If I have to choose the forum in Illinois, I can file the lawsuit against Teledyne Technologies in a state court in Illinois. But since I am suing individuals as well who are residents of California, I am choosing the forum in California.

So, there is **no total diversity** in this case and I am recording my strong objection to the jurisdiction of the case in this court.

_____

[1] Complete diversity of citizenship between adverse parties and at least $75,000 in controversy, see 28 U.S.C. § 1332. The federal question must appear "on the face of the plaintiff's complaint and there is generally no federal jurisdiction if the plaintiff properly pleads only a state law cause of action." MSOF Corp. v. Exxon Corp., 295 F.3d 485, 490 (5th Cir. 2002) (citation omitted).

[1] Plaintiff has arbitrarily alleged an excessive amount in damages in order to meet the jurisdictional amount in controversy. As the party invoking diversity jurisdiction, Plaintiff bears the burden of establishing the amount in controversy by providing a factual basis Case 3:13-cv-01657-L-BK Document 8 Filed 07/05/13 Page 3 of 7 PageID 45Page 4 of 7 for the damages claimed. See Hartford Ins. Group v. Lou–Con Inc., 293 F.3d 908, 910 (5th Cir. 2002); Diefenthal v. C. A. B., 681 F.2d 1039, 1052-53 (5th Cir. 1982)

[1] "[T]he value of the 'matter in controversy' is measured not by the monetary result of determining the principle involved, but by its pecuniary consequence to those involved in the litigation." Thomson v. Gaskill, 315 U.S. 442, 446-47 (1942). "[A] court would be **remiss** in its obligations if it accepted every claim of damages at face value, no matter how trivial the underlying injury." Diefenthal, 681 F.2d at 1052.

2

Honorable Ronald A. Guzman

Irrespectively, for this courts' own knowledge, I am required and obligated under United States Dept.of Justice advise , to inform the court that there is a Federal Criminal investigation which I have requested with United States Dept of Justice and Department of Defense against Teledyne and its officers. . Please see attached **Exhibit A**. Any material evidence I have as a prosecution witness, I am required to preserve and retain .

When I was wrongfully terminated by Teledyne in spite of my excellent job performance, it was not reduction in workforce as untruly stated by a HR person as Teledyne as Teledyne hired two managerial level position just very recently for the same business unit d/b/a Teledyne EMS.

A company claiming to be in "lay off mode" can't be at the same time in a "hiring mode".

Reason I was wrongfully terminated was, rather I was "squeezed out" of the company was, I was looked upon as " whistle blower" as I brought some of the serious ethical and criminal violations , including criminal conduct by Teledyne EMS , to light . The conduct which are of threats to National Security and Homeland Security. **Exhibit A**

Additionally Teledyne compromised and seriously violated the intellectual property information of many of my customers by disseminating those information to third parties without an NDA protection. There are some internal E mail communications as to Teledyne breaching the confidential Intellectual property of customer by disseminating, distributing those sensitive design files of customers to third parties without NDA protection. By locking and disabling the laptop, Teledyne has obstructed justice by not allowing me to produce material evidence to Federal prosecutors as well as to impeded my civil prosecution.. There is an E mail from a Teledyne employee specifically stating that " there are no "NDA"s with suppliers. ( Non Disclosure Agreement )

Moreover, Teledyne committed a Federal criminal act of sending ITAR protected electronic files to China, Korea and other places. Teledyne company is run by a man from Iran, which is of even of more concern to Federal authorities.

I have no Teledyne information of value or any training obtained during my employment with Teledyne, or in my possession any material which are alleged privileged, confidential or even intellectual property of Teledyne.

I have no ITAR files in my possession.

I have no files of Teledyne customers in my personal computer. I have no files of Teledyne stored in any media. My personal computer is my private personal; property . It is used to pay bills online, banking information, and to store all personal private data including family pictures etc.

Honorable Ronald A. Guzman

I have over 50 DVD discs containing mine and my own prior company CSA Ltd customers in Teledyne possession. Additionally, I have stored all my customers in Teledyne lap top upon joining Teledyne, which I used to bring business to Teledyne. Since the lap top was disabled and login disabled, I don't have access to my own customers developed over decades , which I was steadfastly moving those customers to Teledyne benefit. I am suing Teledyne for theft and conversion of my intellectual property in a California court.

The Teledyne Laptop which was disabled contains an important material evidence for Federal Criminal investigation. There are no ITAR files in Teledyne laptop, even though not accessible as laptop is locked.

However, the laptop contains my customer folder named Exelis, and has a file as to BOM ( Bill of materials ) and "**RFQ SENT TO SUPPLIERS**" . Exelis is an ITAR protected program and the files Exelis sent for proposal are ITAR protected . As a normal practice, once files are received for proposal, I transfer them to network server creating the customer name folder, to prepare for something called "kick off meeting" of a program. This is the practice for all my over forty ( 40) plus programs I brought o Teledyne.

The "**RFQ SENT TO SUPPLIERS** " by Teledyne on the Exelis program is a very important material evidence, for Federal criminal and civil prosecution , as it will show ITAR protected electronic were sent by Teledyne to at least three off source suppliers, including China and Korea, and elsewhere . Teledyne was to make the Printed Circuit Boards for this program domestically with its PCB division in Hudson, New Hampshire. However due to sheer greediness and to enhance their personal financial gains, Teledyne compromised the integrity and confidentiality of military and defense programs by sending ITAR protected files of Exelis to offshore companies to obtain cheap prices .

I will be retaining/ sending the laptop to FBI Lab to retrieve the evidence that ITAR protected program files, as to BOM which were sent to off source entities.

I have not seen any pleadings as I am not served with any papers, summons or notice.
But I am assuming the lap top is one thing Teledyne may be after, as it is strong material evidence for a Federal criminal prosecution and Teledyne is bent upon destroying that evidence once they get a handle on the laptop.

It should be obvious to this court as to why Winston & Strom was hired **when there is no case, no damage and not even a dollar of damage Teledyne can prove in a Trial**. This frivolous law suit was filed by Teledyne simply to harass, threaten and intimidate me with possibly scores of discovery motions, when there is nothing to discover. The ulterior motive for someone like Winston & Strawn appearing for Teledyne is to somehow **abuse the civil legal system to avoid a criminal prosecution** which is going to happen . By seeking the laptop back, Teledyne is eager to delete all the incriminating evidence which will convict

4

Honorable Ronald A. Guzman

Teledyne officers of the corporation and few employees of Teledyne for criminal wrong doing with Dept of Defense programs and threats to National and Homeland security.

Any E mail internal communication in the hard drive of the Teledyne lap top which was disabled are of administrative nature, and will be material evidence for my civil prosecution of the case against Teledyne as to wrongful termination and other counts of action, which include damages under "whistle blower statutes".

The Teledyne lap top was locked since February 3, 2015 morning of 9.32 A.M. I have no access to several internal E mail communications which are material evidence not only for my civil case, but also for Federal criminal prosecution by DOJ. The laptop required to be retained by me as material evidence of my case against Teledyne as well as for DoD criminal investigators.

Any business lost during my tenure were due to Teledyne charging very high prices to customers and there are internal E mail communications related to that which are deliberately locked by Teledyne to destroy material evidence for my law suit against them. These E mail communications include my proprietary design of a pricing model submitted for Teledyne management in order to be competitive in commercial & industrial model.

The customer by name Nordson, whom I was to meet on February 4, 2015 to discuss a proposal did not happen as Shane Green, an employee at Teledyne canceled my trip to Boston on February 3, 2015. After which he also wrongfully terminated me within an hour with no notice. In fact, I was actually getting ready to leave for Airport on February 3, 205 morning to meet customer Nordson, in Rhode Island and the taxi was already on my drive way to take me to Airport, when I got the E mail from Shane Green of Teledyne canceling the trip. This E mail and other E mails are material evidence for my case, but I will be retrieving those E mails as well, when I send the Laptop to FBI Lab on DoD Federal criminal investigation.

During the first month of my employment throughout July of 2013, I was asked to use my personal computer and my personal E mail until Teledyne set up with my laptop and company E mail.

The company laptop was not sent to me until after several weeks, when it arrived finally around end of July 2013. Irrespectively, in order to make sure "I am Teledyne employee" before customers, I even reluctantly changed my personal E mail address to include Teledyne name in some form, like csa_tems@comcast.net – tems meaning Teledyne electronic manufacturing services.

Honorable Ronald A. Guzman

This E mail ID was also used to communicate personally with Shane Green of Teledyne and no objection was raised , as Teledyne failed to provide me with a company E mail and laptop timely .

When I set up internet for Teledyne working out of home, I created an E mail ID sbdm_teledyne@att.net , ( sbdm –senior business development manager) to clearly represent that I was with Teledyne and this was seldom used except for some personal communications with Shane Green., or for use in an emergency when the remote E mail serve was to be down. However this internet and phone service and the associated E mail was disconnected when Teledyne wrongfully terminated me on February 3, 2015 . I don't have Comcast service for over a year and henceforth I don't have csa_tems@comcast email for over a year . Teledyne email was the only one I have been using to communicate with my customers throughout my tenure with Teledyne after I got my Teledyne E mail address .

As to laptop, it was disabled since 9.32 A.M of February 3, 2015 and I had no access since then. Nothing was taken or transferred from Teledyne as it was locked. I have evidence to prove that I spoke to an IT help desk person at Teledyne on February 3, 2015 around 9.43 A.M as to my E mail server was not working. At that time I was asked to reboot, but I found out after reboot my password didn't go through and I was unable to login.

The IT person after further checking told me that someone had disabled my access. The VPN token *pass code*, which is used in conjunction with a working laptop was also disabled simultaneously. Nothing had been taken from the computer neither could have been taken from the computer as the laptop was totally disabled and login disabled. .

One customer folder which was copied to C drive of the laptop well before my trip sometime in January of 2015 to use for my meeting I was to have at Boston on January 27th 2015 with customer Nordson. That trip was postponed to February 3rd, 2015 due to snow storm in Boston. However this folder copied to Teledyne laptop hard Drive was also not accessible as the laptop was disabled since February 3, 2015.

Since I was not officially informed as to my job status with Teledyne, I was still under the impression I was working for Teledyne on February 3, 2015 . If Teledyne did not get the Nordson business, it was not because of me, or my interference in any form , shape or manner but because of Teledyne very high prices like in all the previous 35 proposals Teledyne quoted. Additionally, in many of my proposals, as a requirement by customer, Teledyne had disclosed to customers , the pricing matrix, such as the overheads- like labor over head, material overhead, and sometime even the profit, and how the final price was arrived in a spreadsheet form to show to customer. So there is no secret as to pricing was divulged to customer, as it is a normal practice of Teledyne when a customer demand itemization of the overhead burden charges listed in proposal. I have not solicited business with customer Nordson since February 3, 2015 neither they have sent me any RFQ files to quote. Nordson will be subpoenaed as my witness when I sue Teledyne in Illinois state court or in California

Honorable Ronald A. Guzman

**Material evidence Laptop retained to present Federal prosecutors and investigators**:

I am sending the laptop to FBI Forensic Lab to retrieve the data from hard drive as it is an important piece of material evidence of Teledyne criminal indulgence of transmitting sensitive defense program files which are ITAR protected, to foreign entities. This was done by the materials dept at Teledyne which I brought to management attention, which resulted in my termination as I became a "whistle blower" .

The laptop is a material evidence I am asked to preserve by DOJ criminal investigators. I am also told a Special Agent from DoD ( Dept of Defense) criminal investigation dept. will be contacting me soon .

Please refer to **Exhibit A** as to Teledyne violations as to ITAR files sent to third parties seriously threatening the security and compromising the United Sates Dept military & Defense programs. There are no NDA in place with vendors even on commercial and industrial programs violating intellectual property confidentiality of customers.

**Employment contingency :**

I have material E mail evidence sent from my personal E mail address to Shane Green of Teledyne upon my return from my orientation visit on July 3, 2013 . That E mail evidence will prove in a trial, that I have rescinded my acceptance to Paragraph 4 of " EMPLOYEE PATENTS, CONFLICT OF INTEREST, AND PROPRIETARY INFORMATION" as well as made endorsement to " ATTACHMENT TO EMPLOYEE PATENTS, CONFLICT OF INTEREST, AND PROPRIETARY INFORMATION AGREEMNT" , after consultation with an attorney. I will produce this during discovery in the Civil law suit I am filing against Teledyne. These documents were not part of the offer of employment which was sent to me in June of , 2013. I was not allowed to consult an attorney when I was asked to sign the documents during the orientation visit on July 1, 2013. Any agreement purportedly signed prohibiting me from legal consultation is a nullity , especially when an agreement was drafted by a Teledyne attorney.

I am making this statement letter to alert this honorable court as to any ex-parte and inappropriate appearance by Teledyne Technologies, without serving me the summons personally, noticing me of any hearing et. , should not be allowed, especially when I am making strong objection as to jurisdiction itself.

Honorable Ronald A. Guzman

In closing:

1. I am objecting to the jurisdiction as there is no **TOTAL DIVERSITY**; Teledyne Technologies operate in Illinois under a d/b/a and "alter ego" subsidiary Teledyne Storm Microwave in Woodridge, Illinois

2. The judicial requirement of $ 75000 dollar amount if pleaded by Teledyne, is fictitious, arbitrary with no truth to it and intended to fraud this court to deceptively and fraudulently gain entry into Federal jurisdiction. This will be a fraud on the court by Teledyne for which I seek sanctions, which include dismissal of this action with prejudice.

3. Additionally, this is a **hostile forum** for Mr.Shekar, as Mr.Shekar is prohibited from filings; cannot file any appeal. This flagrant violation of Shekar's constitutional rights, judicial abuses and closing the doors to Courthouse for Mr.Shekar were reported to Judicial Council of the United States at Washington, D.C.; Senate Judiciary Committee; Filed petition to Chief Justice of the U.S Supreme court seeking impeachment and removal from ench of certain Federal judges in this district. *Prose and minority litigants are treated like third class citizens and pawns in this Forum with no respect, even though this particular court may be an exception..*

This will be an one party case as this District court have creatively and unconstitutionally terminated Shekar's fundamental constitutional rights guaranteed to him as an American Citizen, to have his day in court, through an unconstitutional executive order prohibiting Shekar filings.

Henceforth, for all the valid and statutory reasons stated in the foregoing paragraphs, it is impossible to have a **fair, impartial, non-prejudicial hearing and fair trial of the case. This court do not have jurisdiction to hear this case. There is NO TOTAL DIVERSITY. Dollar value is arbitrary and made up.**

Honorable Ronald A. Guzman

## CONCLUSION

This is a harassment and frivolous law suit by Teledyne filed in bad faith with no merits or substance and intended as a threat to deter me from approaching Federal investigators seeking criminal investigation for provable Teledyne ITAR violations.

This case must be dismissed for reasons stated in the foregoing paragraphs, more specifically 1, 2 and 3 above.

Additionally, I am seeking sanctions [2] against Teledyne Technologies and its attorneys for abusing the Federal legal system by filing frivolous, harassment law suits , with an ulterior motive to defeat and defraud DOJ on a Federal Criminal prosecution and as to threats caused by Teledyne for United Sates National Security and Homeland Security.

I have a rightful jurisdiction to bring a law suit against Teledyne Technologies in an Illinois State court or to file an action in a State court of California against Teledyne and several individual defendants..

Respectfully submitted,

s/ Raj Shekar

---

[2] Federal courts have inherent authority "to protect the efficient and orderly administration of justice and . . . to command respect for [its] orders, judgments, procedures, and authority." In re Stone, 986 F.2d 898, 902 (5th Cir. 1993). Included in such power is the authority "to levy sanctions in response to abusive litigation practices." Id

cc: Teledyne Technologies , Winston & Strawn , Via US mail