# EXHIBIT A





Case: 1:15-cv-01392 Document #: 182-1 Filed: 10/05/15 Page 3 of 4 PageID #:1441



DEFENDANT'S EXHIBIT 3

P- 2