# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

| Everett McKinley Dirksen United States Courthouse<br>Room 2722 - 219 S. Dearborn Street<br>Chicago, Illinois 60604 |  | Office of the Clerk<br>Phone: (312) 435-5850<br>www.ca7.uscourts.gov |

## ORDER

March 1, 2018

Before

**WILLIAM J. BAUER,** *Circuit Judge*
**DANIEL A. MANION,** *Circuit Judge*
**AMY C. BARRETT,** *Circuit Judge*

| | |
|---|---|
| No. 17-2171 | TELEDYNE TECHNOLOGIES INCORPORATED,<br>Plaintiff - Appellee<br><br>v.<br><br>RAJ SHEKAR,<br>Defendant - Appellant |
| **Originating Case Information:** ||
| District Court No: 1:15-cv-01392<br>Northern District of Illinois, Eastern Division<br>District Judge Ronald A. Guzman ||

The following is before the court:

1. **PLAINTIFF-APPELLEE'S EMERGENCY MOTION FOR SANCTIONS**, filed on February 23, 2018, by counsel.

2. **PLAINTIFF-APPELLEE'S MOTION FOR LEAVE TO FILE PLAINTIFF-APPELLEE'S EMERGENCY MOTION FOR SANCTIONS UNDER SEAL**, filed on February 23, 2018, by counsel.

3. **RESPONSE TO MOTION FOR SANCTIONS**, filed on February 26, 2018, by

No. 17-2171                                                                                                  Page 2

counsel for Appellant.

4. **APPELLANT'S OPPOSITION SEEKING TO DENY APPELLEE MOTION SEEKING LEAVE TO FILE EMERGENCY MOTION FOR SANCTIONS AND APPELLANT'S MOTION FOR SANCTIONS**, filed on February 26, 2018, by pro se Appellant Raj Shekar.

5. **PLAINTIFF-APPELLEE'S REPLY IN SUPPORT OF ITS EMERGENCY MOTION FOR SANCTIONS**, filed on February 26, 2018, by counsel.

**IT IS ORDERED** that the appellee's motion for sanctions is **GRANTED**. Appellant Shekar is enjoined from engaging in harassing, threatening, obscene, or otherwise abusive contact or communications with or about Teledyne; any of its employees, officers, directors, agents, representatives, or outside counsel; and any other person who gave evidence in the proceedings before the trial court. Appellant Shekar is warned that further communications in violation of this injunction may result in monetary sanctions.

**IT IS FURTHER ORDERED** that the appellee's motion to file Exhibit A under seal is **DENIED**.

**IT IS ALSO FURTHER ORDERED** that Shekar's request to impose sanctions upon the appellee is **DENIED**.

form name: **c7_Order_3J**(form ID: **177**)